UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re Gary Hann,                                    Case No. 08-14516

       Debtor-Appellant.                    Hon. Nancy G. Edmunds

_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Debtor-Appellant's appeal is hereby DISMISSED.

      SO ORDERED.

                                   s/Nancy G. Edmunds
                                   Nancy G. Edmunds
                                   United States District Judge

Dated: September 2, 2009

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 2, 2009, by electronic and/or ordinary mail.

                                   s/Carol A. Hemeyer
                                   Case Manager